UNITED STATES DISTRICT COURT
WESTERN DISRTICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JESUSITA LOPEZ, ARTHUR LOPEZ § | |
| § | |
| VS. § | NO. 5:17-CV-00926-OLG |
| § | |
| EVANSTON INSURANCE COMPANY, § | |
| TIM MCDONALD § | |

## NOTICE TO COURT OF SETTLEMENT

Plaintiffs JESUSITA LOPEZ and ARTHUR LOPEZ and Defendants EVANSTON INSURANCE COMPANY and TIM MCDONALD have reached a settlement in this matter. Plaintiffs and Defendants intend to file dismissal documents within sixty (60) days. Accordingly, the parties ask that all pending deadlines and hearings be removed from the Court's docket.

Respectfully submitted,

**PHIPPS, LLP**

THE PHIPPS
102 9th Street
San Antonio, Texas 78215
Telephone:   (210) 340-9877
Telecopier:   (210) 340-9887
Email: gortiz@phippsllp.com
Email: phall@phippsandersondeacon.com

BY:   /s/ Martin J. Phipps
        MARTIN J. PHIPPS
        State Bar No. 00791444
        Federal ID: 20104
        GABRIEL ORTIZ
        State Bar No. 24085512

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

      This is to certify that a true and correct copy of the above and foregoing has been forwarded to the following counsel of record in compliance with the Texas Rules of Civil Procedure on this 28TH day of September 2017:

**<u>VIA ESERVE:</u>**
Todd M. Tippett
ZELLE LLP
901 Main Street, Suite 4000
Dallas, Texas 75202

                                      /s/ Martin J. Phipps
                                      MARTIN J. PHIPPS